IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                            CASE NO. 1:07-cr-00011-MP-AK

JUSTIN M. RENTERIA ,

    Defendant.
_____/

## **O R D E R**

    This matter is before the Court on Doc. 195, Motion to Extend Employment Hours, filed by Defendant Justin Renteria. In the motion, Defendant states that the conditions of his release limit the amount of hours he may work during the day, and preclude him from working on holidays or the weekends.  Defendant states that without increasing the number of hours he works, he is unable to support himself and provide funds for his defense.  Because of this, Defendant requests that he be allowed to work seven days a week for extended daily hours.  The Court has consulted the Probation office regarding the request, and finds that Defendant has not shown exceptional circumstances warranting a modification of the terms of release. Accordingly, Defendant Renteria's motion is denied, and Defendant shall continue to comply with the home confinement rules and regulations of the Southern District of Florida.

    **DONE AND ORDERED** this   *3rd* day of January, 2008

                                 *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge